## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant/Appellant, Darron Vaughn Jeffries hereby files this Notice of Removal and states in support as follows:

1. Darron Vaughn Jeffries is an original defendant in a civil action filed in The State of Maine District Court - Bangor District, appealed to The Maine Judicial Supreme Court - Sitting as the Law Court. Docket No. PEN-14-55.

2. This Notice of Removal is filed in The United States District Court for the District of Maine, within the time allowed by law for removal of civil actions.

3. The United States District Court for the District of Maine, is the district and division embracing the place where the state court action is pending.

4. A copy of this Notice of Removal is being contemporaneously filed with the Clerk of the Court of The State of Maine District Court - Bangor District (*if mandate has been sent*), or to The Maine Judicial Supreme Court - Sitting as the Law Court (*if mandate is currently pending*) as required by 28 U.S.C. § 1446(d).

5. The pleadings attached hereto as Exhibit A constitute all of the process and pleadings received by Defendant/Appellant in this action as required by 28 U.S.C. § 1446(a). These pleadings include: (a) Memorandum of Decision

from Maine Judicial Supreme Court; (b) Defendant/Appellant Motion for Reconsideration; (c) Order for Motion for Reconsideration denied for untimely filing. (d) Defendant/Appellant Motion for Stay of Mandate for Motion for Reconsideration. (e) Order denied for Motion to Stay of Mandate for Motion for Reconsideration. Also, all necessary supporting documents that has led up to this removal from the state court(s).

6. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because a necessary element of the Defendant/Appellant claims involves a substantial federal question under 42 U.S.C. § 3604 - Discrimination in the sale or rental of housing and other prohibited practices. Further, federal question jurisdiction is proper because Defendant/Appellant has artfully pled a state/federal law claim through a(n) "A Brief, A Motion for Reconsideration" that was denied as untimely. A Motion for Stay of Mandate for Motion for Reconsideration explaining why it was not untimely, that as well, was denied. Therefore, this action is removable pursuant to 28 U.S.C. § 1441(c).

Wherefore, Defendant/Appellant requests that the action from the courts above be removed to this Court.

## A Notice of Filing of Notice of Removal to Federal Court

Pursuant to 28 U.S.C. § 1446(d), please take notice that on November 26, 2014, Plaintiff/Appellant filed a Notice of Removal in the United States District Court for the District of Maine. The state court shall proceed no further.



## CERTIFICATE OF SERVICE

I, Darron Vaughn Jeffries, Plaintiff Pro Se hereby certify that I have, this date served one copy of this **CIVIL COMPLAINT FOR RELIEF** to the following persons or parties at the address listed by first class, United States mail, at Bangor US Post Office.

    Timothy A. Pease, Esq,.
    Rudman • Winchell,
    Counselors at Law,
    84 Harlow Street,
    Bangor, Maine 04401

Dated: November 26, 2014

                                              Darron Vaughn Jeffries
                                              Plaintiff Pro Se
                                              90 Center Street, Apt. C
                                              Bangor, Maine 04401